UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON MORRIS,

        Plaintiff,

    v.

JOHN DOE,

        Defendant.

Case No. 13-3640 WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Plaintiff also failed to file a complaint, as ordered. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain (1) a complete IFP application, or (2) payment for the full filing fee of $350.00. Such motion shall also contain a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** September 11, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


LEON MORRIS,

              Plaintiff,

  v.

JOHN DOE,

              Defendant.

_____/

Case Number: CV13-03640 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Leon E. Morris P54809
CSP - Sacramento A-6-222
A-4-110
P.O. Box 290066
Represa, CA 95671-0029


Dated: September 11, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk